PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Stanley                                                                              Cr.: 06-220-001

Name of Sentencing Judicial Officer: Walter Herbert Rice, USDJ, SD/OH

Date of Original Sentence: 11-14-97

Original Offense: Interstate Travel in the Commission of an Unlawful Activity

Original Sentence: 53 ½ months imprisonment; 3 years TSR

Type of Supervision: Supervised Release                              Date Supervision Commenced: 04-19-05

Assistant U.S. Attorney: David J. Horn                              Defense Attorney: Pamela Prude-Smithers, Esq.

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

     On January 25, 2006, Robert Stanley was arrested without incident in New Brunswick, New Jersey by New Brunswick Police Officers. The offender was charged with Possession of a Controlled Substance (cocaine), Distribution of a Controlled Substance, and Distribution of Cocaine near a School Property. According to the police report obtained from the New Brunswick Police Department, the offender was observed on that day making a narcotics sale to Jonathan Soler. Upon Mr. Soler's arrest, the police officers recovered two bags of cocaine. On July 17, 2006, Robert Stanley pled guilty to indictment number 06-03-456-I and is scheduled to appear before the State of New Jersey, Middlesex County Superior Court Judge Deborah J. Venezia for sentencing on September 18, 2006.

2     The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On March 24, 2006, the offender was arrested by New Brunswick Police Officers and charged with Possession of Marijuana and Prowling in a Public Place with the Purpose of Obtaining a Controlled Dangerous Substance. His next Court appearance is scheduled for September 1, 2006, at the New Brunswick Municipal Court.

3     The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On June 29, 2006, the offender was arrested by New Brunswick Police Officers and charged with violating a narcotics restraining order. According to reports by the police officers, the offender was spotted within 500 feet of the corner of Seaman Street and Lee Avenue, a known drug area. On July 17, 2006, Robert Stanley pled guilty to accusation number 06-07-179-A and is scheduled to appear before the State of New Jersey, Middlesex County Superior Court Judge Deborah J. Venezia for sentencing on September 18, 2006.

4     The offender has violated the supervision condition which states "**The defendant shall contribute 150 hours of community service work over a period of 2yrs or less, from the date probation is granted. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.**'

The offender has failed to perform his community service. Mr. Stanley was directed to report to Elijah's Promise Food Pantry in New Brunswick, New Jersey to begin his community service. However, he failed to attend the community service site.

5     The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

On January 5, 2006, the offender tested positive for cocaine use during his visit to the New Jersey State Parole Office.

6     The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay a fine in the amount of $1,000; it shall be paid in the following manner: in full immediately..**'

The offender has made no effort to pay the Court ordered fine of $1,000

I declare under penalty of perjury that the foregoing is true and correct.

By: Luis R. Gonzalez
Senior U.S. Probation Officer
Date: 08-29-06

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

5 September 2006
Date